UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

G-03-682

CIVIL ACTION NUMBER _____

ORDER FOR CONFERENCE
AND
DISCLOSURE OF INTERESTED PARTIES

United States Courts
Southern District of Texas
FILED
AUG 2 9 2003
Michael N. Milby, Clerk of Court

B-03-212

1. Counsel shall appear for an initial pretrial and scheduling conference before

   HONORABLE SAMUEL B. KENT

   on \_\_\_Nov 5\_\_\_, 20\_03\_, at \_2:20 p\_.m.

   Sixth Floor Courtroom
   U.S. Post Office Building
   601 Rosenberg
   Galveston, Texas 77550

2. Counsel shall file with the clerk within fifteen days from receipt of this order a certificate listing all persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation. If a group can be specified by a general description, individual listing is not necessary. <u>Underline the name of each corporation whose securities are publicly traded</u>. If new parties are added or if additional persons or entities that are financially interested in the outcome of the litigation are identified at any time during the pendency of this litigation, then each counsel shall promptly file an amended certificate with the clerk.

3. Fed. R. Civ. P. Rule 4(m) requires defendant(s) to be served within 120 days after the filing of the complaint. The failure of plaintiff(s) to file proof of service within 120 days after the filing of the complaint may result in dismissal of this action by the court on its own initiative.

4. After the parties confer as required by Fed. R. Civ. P. Rule 26(f), counsel shall prepare and file not less than ten days before the conference a joint report of the meeting and joint discovery/case management plan containing the information required on the attached form.

5. The court will enter a scheduling order and may rule on any pending motions at the conference.

6. Counsel who file or remove an action must serve a copy of this order with the summons and complaint or with the notice of removal.

7. Attendance by an attorney who has authority to bind the party is required at the conference.

8. Counsel shall discuss with their clients and each other whether alternative dispute resolution is appropriate and at the conference shall advise the court of the results of their discussions.

9. A person litigating <u>pro se</u> is bound by the requirements imposed upon counsel in this order.

10. Failure to comply with this order may result in sanctions, including the dismissal of the action and assessment of fees and costs.

By Order of the Court