United States Courts
Southern District of Texas
ENTERED
JAN 0 6 2003
Michael N. Milby, Clerk

United States Courts
Southern District of Texas
FILED
AUG 29 2003
Michael N. Milby, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

G-03-687   B-03-212

IN THE MATTER OF COMPUTER § GENERAL GALVESTON DIVISION
CODES PRINTED ON PROPOSED § SPECIAL ORDER NO. 2003-
ORDERS SUBMITTED TO THIS COURT § (Application limited to this Division only)

### ORDER

Pursuant to Special Order No. 2002-1 issued January 7, 2002, the Court continues to note a frustrating tendency of counsel's inclusion of computer codes on proposed orders submitted for the signature of this Court. In the infancy of this problem, such codes were usually four or five digit numbers obscurely put on the lower left or right portion of such proposed orders. These were innocuous, and did not constitute much of a problem. However, as computers have grown in sophistication, so have these codes. Now, the Court is frequently confronted with proposed orders upon which are printed long and substantially cryptic references, often including several lines, and measuring as much as three or four inches of text. Inasmuch as these have nothing to do with the substance of the order, and are confusing to lay people not familiar with computer formats, particularly such as *pro se* litigants and the like, this practice will no longer be tolerated in this Court. Henceforth, it is accordingly

**ORDERED, ADJUDGED** and **DECREED** that any proposed order bearing any computer codes of any kind or description will be stricken. The Court will follow this practice through the close of business on December 31, 2003. Thereafter, any proposed order submitted with such inappropriate computer references will be subject to sanctions.

**IT IS SO ORDERED.**

DONE at Galveston, Texas this the 6th day of January, 2003.

SAMUEL B. KENT
UNITED STATES DISTRICT JUDGE