IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

United States District Court
Southern District of Texas
FILED

SEP 1 7 2003

Michael N. Milby, Clerk

| | | |
|---|---|---|
| ROBERTO ALVAREZ, BY AND THROUGH HIS NEXT FRIEND, ROBERTO ALVAREZ, JR. | § § § § | 4 |
| VS. | § § | CIVIL ACTION NO. G-03-687 **JURY** |
| LIVING CENTERS OF TEXAS, INC.; MARINER HEALTH CARE, INC. | § § § | B-03-212 |

## DISCLOSURE OF INTERESTED PARTIES

TO THE UNITED STATES DISTRICT COURT:

    COME NOW Roberto Alvarez, Sr. by and through his next friend, Roberto Alvarez, Jr., Plaintiff, and file this Disclosure of Interested Parties pursuant to the Court's Order for Conference and Disclosure of Interested Parties. The following persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities are or may be financially interested in the outcome of this litigation.

**I.**

A.    <u>Plaintiffs:</u>

    1.    Roberto Alvarez, Sr. c/o Gary Lee
           11550 Fuqua, Suite 370
           Houston, Texas 77034

    2.    Roberto Alvarez, Jr. c/o Gary Lee
           1150 Fuqua, Suite 370
           Houston, Texas 77034

    3.    Gary Lee
           Bates & Lee, P.C.
           11550 Fuqua, Suite 370
           Houston, Texas 77034
           Attorney for Plaintiffs

        4.     Anthony Buzbee
             The Buzbee Law Firm
             2401 W Parkwood # B
             Friendswood, Texas 77546
             Attorney for Plaintiffs

        5.     Greg Alexander
             The Alexander Law Firm
             711 W. Bay Area Boulevard, Ste 400
             Webster, Texas 77598
             Of Counsel

B.     <u>Defendants</u>

        1.     Living Centers of Texas, Inc.
             1 Ravinia Drive, Ste 1500
             Atlanta, Georgia 30346

        2.     Mariner Health Care, Inc.
             2 Ravinia Drive, Ste. 500
             Atlanta, Georgia 30346

Respectfully submitted,

_/s/ Gary Lee_
GARY LEE –
(Attorney in charge for Plaintiffs)
SBN 12118000
FED 6728
Bates & Lee, P.C.
11550 Fuqua, Suite 370
Houston, Texas 77034-4588
281-484-0016
281-484-2677 (Fax)

ANTHONY BUZBEE
SBN 24001820
2401 W Parkwood # B
Friendswood, Texas 77546
281-992-5393
Attorney for Plaintiffs

Greg Alexander
The Alexander Law Firm
711 W. Bay Area Boulevard, Ste 400
Webster, Texas 77598
Of Counsel