AO 440 (Rev. 10/93) Summons in a Civil Action

United States Courts
Southern District of Texas
FILED

# UNITED STATES DISTRICT COURT

SEP 12 2003

Michael N. Milby, Clerk

Southern       District of       Texas

Roberto Alvarez, by and through his next of
friend, Roberto Alvarez, Jr.

V.

Living Centers of Texas, Inc., and
Mariner Health Care, Inc.



**SUMMONS IN A CIVIL CASE**

CASE NUMBER **G-03-687**

**B-03-212**

TO: (Name and address of Defendant)

Living Centers of Texas, Inc.
c/o CT Corporation System
1021 Main Street, Suite 1150
Houston, Texas 77002

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gary Lee
Bates & Lee, P.C.
11550 Fuqua, Suite 370
Houston, Texas 77034

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL N. MILBY                                    AUG 29 2003

CLERK                                                       DATE

/s/ Lorain Trevino

AO 440 (Rev. 10/93) Summons in a Civil Action

(By) DEPUTY CLERK
AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE September 10, 2003 |
| NAME OF SERVER (PRINT) Everett Von Moore | TITLE Process Server |
| Check one box below to indicate appropriate method of service | |

☒ Served personally upon the defendant. Place where served: Living Centers of Texas, Inc. by leaving with registered agent CT Corporation System.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

United States District Court
Southern District of Texas
FILED
SEP 2 3 2003
Michael N. Milby, Clerk

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on September 10, 2003      Everett Von Moore
         Date                         Signature of Server

2222 Westerland #203 Houston, TX 77063
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.