Received 10/22/2003 15:09 in 01:18 on line [11] for JK06976 Printed 10/22/2003 15:11 * Pg 3/3
10/22/2003 04:27 2814842677 BATESLEE PAGE 03/03

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

United States Courts
Southern District of Texas
FILED

OCT 27 2003

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| ROBERTO ALVAREZ, BY AND THROUGH HIS NEXT FRIEND, ROBERTO ALVAREZ, JR. | § § § § | |
| VS. | § § | CIVIL ACTION NO. G-03-687 **JURY** |
| LIVING CENTERS OF TEXAS, INC.; MARINER HEALTH CARE, INC. | § § § | B-03-212 |

## AGREEMENT REGARDING EXPERTS REPORTS REQUIRED BY ARTICLE 4590i OF THE REVISED CIVIL STATUES OF TEXAS

TO THE HONORABLE SAMUEL B. KENT, UNITED STATES DISTRICT JUDGE FOR THE SOUTHERN DISTRICT OF TEXAS:

Come now Plaintiffs ROBERTO ALVAREZ, by and through his next friend ROBERTO ALVAREZ, JR., and Defendants LIVING CENTERS OF TEXAS, INC., AND MARINER HEALTHCARE, INC., by and through their respective attorney's of record and enter into this agreement pursuant to Vernon's Annotated Civil Statutes Article 4590i, Section 13.01(h) and would respectively show unto the Court the following:

1. Plaintiff and Defendants hereby agree that any and all expert reports required by Vernon's Annotated Civil Statues Article 4590i will not be required to be filed with the Court or furnished to Defendants until May 5, 2004.

The above statement is so agreed and stipulated on this _____ day of _____, 2003.

_____
GARY LEE

_____
JOHN KAPACINSKAS