IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

United States Courts
Southern District of Texas
FILED

OCT 2 8 2003

Michael N. Milby, Clerk

ROBERTO ALVAREZ, BY AND § 
THROUGH HIS NEXT FRIEND, §
ROBERTO ALVAREZ, JR., §
    §
  Plaintiff, §
    §      CIVIL ACTION NO. G-03-687
v.  §
    §      B-03-212
LIVING CENTERS OF TEXAS, INC.; §
MARINER HEALTH CARE, INC., §
    §
  Defendants. §

### DEFENDANT LIVING CENTERS OF TEXAS, INC.'S DISCLOSURE OF INTERESTED PARTIES

Defendant Living Care Centers of Texas, Inc. D/B/A Retama Manor Nursing Center/Raymondsville, discloses the following entities having a financial interest in the outcome of this litigation:

1. Roberto Alvarez, by and through his next friend, Roberto Alvarez, Jr.

2. Living Centers of Texas, Inc. D/B/A Retama Manor Nursing Center/Raymondsville is a wholly owned subsidiary of MHC Texas Holding Company, L.L.C. MHC Holding Company is a wholly owned subsidiary of Mariner Health Care, Inc. Mariner Health Care is publicly-traded.

3. Bates & Lee, P.C., Gary Lee



Respectfully submitted,

By: _____
John Kapacinskas
State Bar No. 11094100
Federal I.D. No. 14635
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Telephone: (713) 651-5151
Facsimile: (713) 651-5246

Attorney-in-Charge for Defendant LIVING CENTERS OF TEXAS, INC.

OF COUNSEL:
FULBRIGHT & JAWORSKI L.L.P.

## CERTIFICATE OF SERVICE

This pleading was served in compliance with Rule 5 of the Federal Rules of Civil Procedure on this the 28th day of October 2003:

Mr. Gary Lee
Bates & Lee, P.C.
11550 Fuqua, Suite 370
Houston, TX 77034-4588

_____
John Kapacinskas