COURTROOM MINUTES
JUDGE SAMUEL B. KENT

United States Courts
Southern District of Texas
FILED

NOV 0 5 2003

Michael N. Milby, Clerk of Court

Courtroom Clerk: Cathy McBroom
Court Reporter: Jeanette Byers
Law Clerk:

Date: 11/5/03                    Time: 2:20 p.m.

================================================================

Civil Action No. G-03-687    B-03-212

ROBERTO ALVEREZ, et al.

vs.

LIVING CENTERS OF TEXAS, INC.

================================================================

Docket Entry:

(SBK)    Rule 16 Conference

   Appearances:   Joe Jaworski, John F. Kapacinskas

   Case sua sponte transferred to Brownsville Division of the
   Southern District of Texas.  Order to follow.