United States Courts
Southern District of Texas
ENTERED

NOV 1 2 2003

Michael N. Milby  Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| ROBERTO ALVAREZ, *et al.* | § | |
| | § | |
| V. | § | CIVIL ACTION NO. G-03-687 |
| | § | B- 0 3 - 2 1 2 |
| LIVING CENTERS OF TEXAS, INC., *et al.* | § | |

## *SUA SPONTE* ORDER OF TRANSFER

This cause, wherein Plaintiffs assert various ERISA claims, was originally filed on August 29, 2003. Following a substantial bankruptcy stay, this matter was routinely set for a Rule 16 Scheduling Conference, which occurred on this date. At that time, counsel for each of the parties appeared and announced ready. During the course thereof, Counsel were kind enough to advise this Court that while this matter has substantial contacts with the Brownsville Division of the Southern District of Texas, it has virtually none with the Galveston Division. Accordingly, it is

**ORDERED, ADJUDGED and DECREED** that this matter is hereby *SUA SPONTE* **TRANSFERRED** to the Brownsville Division of the Southern District of Texas for all further proceedings. The Court leaves to the consideration of the transferee court any pending motions.

**IT IS SO ORDERED.**

**DONE** at Galveston, Texas this the 5th day of November, 2003.

SAMUEL B. KENT
UNITED STATES DISTRICT JUDGE

TRUE COPY I CERTIFY
ATTEST:
MICHAEL N. MILBY, CLERK
By _____
Deputy Clerk