13

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 1 2 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| ROBERTO ALVAREZ, BY AND THROUGH HIS NEXT FRIEND, ROBERTO ALVAREZ, JR. § § § § | |
| VS. § | CIVIL ACTION NO. B-03-212 |
| § | |
| LIVING CENTERS OF TEXAS, INC.; MARINER HEALTH CARE, INC. § § § | |

## NOTICE / STIPULATION OF DISMISSAL

TO THE HONORABLE JUDGE OF THIS COURT:

Plaintiffs file this Notice of Dismissal and Stipulation of Dismissal and would respectively show unto the Court the following:

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs hereby file this Notice of Dismissal as to Defendant Mariner Healthcare, Inc. This Defendant has not filed Responsive Pleadings in this matter.

2. Plaintiffs file a Stipulation of Dismissal as to Defendant, Living Centers of Texas, Inc. pursuant to Federal Rule of Civil Procedure 41(a)(1). This Defendant stipulates to this Dismissal as evidenced by Defendant's Attorney of Record's signature on this instrument.

An order of the Court is not required.

Plaintiffs hereby dismiss all their claims in this matter without prejudice.

Respectfully Submitted,

*Gary Lee*
GARY LEE
(Attorney in charge for Plaintiffs)
SBN: 12118000
FED ID: 6728
Bates & Lee, P.C.
11550 Fuqua, Suite 370
Houston, Texas 77034-4588
281-484-0016
281-484-2677 (Fax)

ANTHONY BUZBEE
SBN: 24001820
2401 W. Parkwood # B
Friendswood, Texas 77546
281-992-5393
Attorney for Plaintiffs

The above dismissal is stipulated to on this 8th day of December, 2003.

JOHN KAPACINSKAS
SBN: 11094100
FED ID: 14635
Fulbright & Jaworski, L.L.P.
1301 McKinney, Ste. 5100
Houston, Texas 77010-3095

## CERTIFICATE OF SERVICE

I do hereby certify that on this the 2nd day of December, 2003, a true and correct copy of the above and foregoing instrument was forwarded to opposing counsel via Certified Mail, Return Receipt Requested, as follows:

John Kapacinskas
Fulbright & Jaworski, L.L.P.
1301 McKinney, Suite 5100
Houston, Texas 77010-3095

*Gary Lee*
GARY LEE