

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 1 3 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| ROBERTO ALVAREZ, BY AND THROUGH HIS NEXT FRIEND, ROBERTO ALVAREZ, JR. § § § § | |
| VS. § | CA B-03-212 |
| LIVING CENTERS OF TEXAS, INC.; MARINER HEALTH CARE, INC. § § § | |

### ORDER OF DISMISSAL

The parties having Notice/Stipulation of Dismissal, it is THEREFORE ORDERED that this case be DISMISSED without prejudiced.

The Clerk shall provide copies to all parties of record.

DONE at Brownsville, Texas, this 13th day of January, 2004.

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE